REPORTER'S RECORD
VOLUME 6 OF 6

TRIAL COURT CAUSE NO. 2014-CR-0058

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
12/08/2015 8:38:03 PM
KEITH E. HOTTLE
Clerk

THE STATE OF TEXAS                    ) IN THE DISTRICT COURT
                                      )
VS.                                   ) 175TH JUDICIAL DISTRICT
                                      )
MARK J. MCGEE                         ) BEXAR COUNTY, TEXAS

_____

**EXHIBITS**

_____

HERMINIA TORRES, CSR
Deputy Court Reporter

**APPEARANCES**

Ms. Stacey A. Esterak
SBOT NO. 24065743
Mr. S. Patrick Ballantyne, Jr.
SBOT NO. 24053759
BEXAR COUNTY DISTRICT ATTORNEY'S OFFICE
101 W. Nueva, Floor 4
San Antonio, TX 78205
Telephone:  (210)335-2311
Counsel for the State

Mr. Raymundo Aleman
SBOT NO. 00986000
LAW OFFICE OF RAYMUNDO ALEMAN
115 E. Travis, Suite 424
San Antonio, TX 78205
Telephone:  (210)222-9489
Counsel for Defendant

* * * * *

EXHIBITS

THE STATE'S

| NO. | DESCRIPTION | OFFERED | ADMITTED | VOL. |
|-----|-------------|---------|----------|------|
| 1 | Brooks City Base Layout Map..... | 19 | 20 | 4 |
| 2 | Brooks City Base FamCamp Area... | 19 | 20 | 4 |
| 3 | Aerial Map...................... | 19 | 20 | 4 |
| 4 | Photograph...................... | 24 | 24 | 4 |
| 5 | Photograph...................... | 24 | 24 | 4 |
| 6 | Photograph...................... | 35 | 35 | 4 |
| 7 | Photograph...................... | 35 | 35 | 4 |
| 8 | Photograph...................... | 35 | 35 | 4 |
| 9 | Photograph...................... | 35 | 35 | 4 |
| 10 | Photograph...................... | 54 | 54 | 4 |
| 11 | Photograph...................... | 35 | 35 | 4 |
| 12 | Photograph...................... | 35 | 35 | 4 |
| 13 | Photograph...................... | 24 | 24 | 4 |
| 14 | Photograph...................... | 24 | 24 | 4 |
| 15 | Photograph...................... | 24 | 24 | 4 |
| 16 | Photograph...................... | 24 | 24 | 4 |
| 17 | Photograph...................... | 24 | 24 | 4 |
| 18 | Photograph...................... | 35 | 35 | 4 |
| 19 | Photograph...................... | 24 | 24 | 4 |
| 20 | Photograph...................... | 24 | 24 | 4 |
| 21 | Photograph...................... | 35 | 35 | 4 |
| 22 | Photograph...................... | 35 | 35 | 4 |
| 23 | Photograph...................... | 24 | 24 | 4 |
| 24 | Photograph...................... | 35 | 35 | 4 |
| 25 | Photograph...................... | 35 | 35 | 4 |
| 26 | Photograph...................... | 54 | 54 | 4 |
| 27 | Photograph...................... | 54 | 54 | 4 |
| 28 | Photograph...................... | 54 | 54 | 4 |
| 29 | Photograph...................... | 54 | 54 | 4 |
| 30 | Photograph...................... | 54 | 54 | 4 |
| 31 | Photograph...................... | 54 | 54 | 4 |
| 32 | Photograph...................... | 54 | 54 | 4 |
| 33 | Photograph...................... | 54 | 54 | 4 |
| 34 | Photograph...................... | 54 | 54 | 4 |
| 35 | Photograph...................... | 54 | 54 | 4 |
| 36 | Photograph...................... | 54 | 54 | 4 |
| 37 | Photograph...................... | 54 | 54 | 4 |
| 38 | Photograph...................... | 54 | 54 | 4 |
| 39 | Photograph...................... | 54 | 54 | 4 |
| 40 | Photograph...................... | 54 | 54 | 4 |
| 41 | Photograph...................... | 54 | 54 | 4 |
| 42 | Photograph...................... | 40 | 40 | 4 |
| 43 | Photograph...................... | 54 | 54 | 4 |
| 44 | Photograph...................... | 54 | 54 | 4 |
| 45 | Photograph...................... | 54 | 54 | 4 |

HERMINIA TORRES, CSR
Deputy Court Reporter

| THE STATE'S NO. | DESCRIPTION | OFFERED | ADMITTED | VOL. |
|---|---|---|---|---|
| 46 | Photograph........................ | 17 | 18 | 4 |
| 47 | Photograph........................ | 54 | 54 | 4 |
| 48 | Photograph........................ | 54 | 54 | 4 |
| 49 | Photograph........................ | 54 | 54 | 4 |
| 50 | Photograph........................ | 54 | 54 | 4 |
| 51 | Photograph........................ | 54 | 54 | 4 |
| 52 | Photograph........................ | 54 | 54 | 4 |
| 53 | Photograph........................ | 54 | 54 | 4 |
| 54 | Photograph........................ | 54 | 54 | 4 |
| 55 | Photograph........................ | 54 | 54 | 4 |
| 56 | Photograph........................ | 54 | 54 | 4 |
| 57 | Photograph........................ | 54 | 54 | 4 |
| 58 | Photograph........................ | 54 | 54 | 4 |
| 59 | Photograph........................ | 17 | 18 | 4 |
| 60 | Photograph........................ | 54 | 54 | 4 |
| 61 | Photograph........................ | 54 | 54 | 4 |
| 62 | Photograph........................ | 54 | 54 | 4 |
| 63 | Photograph........................ | 54 | 54 | 4 |
| 64 | Photograph........................ | 54 | 54 | 4 |
| 65 | Photograph........................ | 54 | 54 | 4 |
| 66 | Photograph........................ | 54 | 54 | 4 |
| 67 | Photograph........................ | 54 | 54 | 4 |
| 68 | Photograph........................ | 54 | 54 | 4 |
| 69 | Photograph........................ | 54 | 54 | 4 |
| 70 | Photograph........................ | 54 | 54 | 4 |
| 71 | Photograph........................ | 54 | 54 | 4 |
| 72 | Photograph........................ | 17 | 18 | 4 |
| 73 | Photograph........................ | 54 | 54 | 4 |
| 74 | Photograph........................ | 54 | 54 | 4 |
| 75 | Photograph........................ | 54 | 54 | 4 |
| 76 | Photograph........................ | 54 | 54 | 4 |
| 77 | Photograph........................ | 54 | 54 | 4 |
| 78 | Photograph........................ | 54 | 54 | 4 |
| 79 | Photograph........................ | 54 | 54 | 4 |
| 80 | Photograph........................ | 54 | 54 | 4 |
| 81 | Photograph........................ | 54 | 54 | 4 |
| 82 | Photograph........................ | 54 | 54 | 4 |
| 83 | Photograph........................ | 54 | 54 | 4 |
| 84 | Photograph........................ | 54 | 54 | 4 |
| 85 | Photograph........................ | 40 | 40 | 4 |
| 86 | Photograph........................ | 54 | 54 | 4 |
| 87 | Photograph........................ | 54 | 54 | 4 |
| 88 | Photograph........................ | 54 | 54 | 4 |
| 89 | Photograph........................ | 40 | 40 | 4 |
| 90 | Photograph........................ | 54 | 54 | 4 |
| 91 | Photograph........................ | 54 | 54 | 4 |
| 92 | Photograph........................ | 54 | 54 | 4 |

| THE STATE'S | | | | |
|---|---|---|---|---|
| NO. | DESCRIPTION | OFFERED | ADMITTED | VOL. |
| 93 | Photograph....................... | 17 | 18 | 4 |
| 94 | Photograph....................... | 54 | 54 | 4 |
| 95 | Photograph....................... | 54 | 54 | 4 |
| 96 | Photograph....................... | 54 | 54 | 4 |
| 97 | Photograph....................... | 54 | 54 | 4 |
| 98 | Photograph....................... | 54 | 54 | 4 |
| 99 | Photograph....................... | 17 | 18 | 4 |
| 100 | Photograph....................... | 54 | 54 | 4 |
| 101 | Photograph....................... | 54 | 54 | 4 |
| 102 | Photograph....................... | 54 | 54 | 4 |
| 103 | Photograph....................... | 54 | 54 | 4 |
| 104 | Photograph....................... | 54 | 54 | 4 |
| 105 | Photograph....................... | 54 | 54 | 4 |
| 106 | Photograph....................... | 54 | 54 | 4 |
| 107 | Photograph....................... | 54 | 54 | 4 |
| 108 | Photograph....................... | 33 | 33 | 4 |
| 109 | Hacksaw.......................... | 54 | 54 | 4 |
| 110 | Crowbar.......................... | 58 | 59 | 5 |
| 111 | Longhorn Recycling Records...... | 56 | 56 | 5 |
| 112 | TCLEOSE Exam Results............ | XX | XX | 5 |

* * * * *

# STATE'S EXHIBIT
# 1



# Brooks City-Base
## Layout Map

COMMERCIAL ZONE

Walmart

DPT Labs

SCALE IN FEET

800    0    800

22-JUL-2010

N

STATE'S
EXHIBIT
1

PENGAD 800-631-6989

# STATE'S EXHIBIT 2



BROOKS CITY BASE

FAM CAMP AREA

BROOKS CITY BASE

STATE'S EXHIBIT
2

# STATE'S EXHIBIT 3



# STATE'S EXHIBIT
# 4



# STATE'S EXHIBIT 5



# STATE'S EXHIBIT
# 6



# STATE'S
# EXHIBIT
# 7



# STATE'S EXHIBIT 8



# STATE'S EXHIBIT
# 9



# STATE'S EXHIBIT 10



# STATE'S EXHIBIT 11



# STATE'S EXHIBIT 12



# STATE'S EXHIBIT 13



# STATE'S EXHIBIT 14



# STATE'S EXHIBIT 15



# STATE'S EXHIBIT 16



# STATE'S EXHIBIT 17



# STATE'S EXHIBIT 18



# STATE'S EXHIBIT 19



# STATE'S EXHIBIT 20



# STATE'S EXHIBIT 21



# STATE'S EXHIBIT 22



# STATE'S EXHIBIT 23



# STATE'S EXHIBIT 24



# STATE'S EXHIBIT 25



# STATE'S EXHIBIT 26



# STATE'S EXHIBIT 27



# STATE'S EXHIBIT 28



# STATE'S EXHIBIT 29



# STATE'S EXHIBIT 30



# STATE'S EXHIBIT 31



# STATE'S EXHIBIT 32



# STATE'S EXHIBIT 33



# STATE'S EXHIBIT 34



# STATE'S EXHIBIT 35



# STATE'S EXHIBIT 36



# STATE'S EXHIBIT 37



# STATE'S EXHIBIT 38



# STATE'S EXHIBIT 39



# STATE'S EXHIBIT 40



# STATE'S EXHIBIT 41



# STATE'S EXHIBIT 42



# STATE'S
# EXHIBIT
# 43



# STATE'S EXHIBIT 44



# STATE'S EXHIBIT 45



# STATE'S EXHIBIT 46



# STATE'S EXHIBIT 47



# STATE'S EXHIBIT 48



# STATE'S EXHIBIT 49



# STATE'S EXHIBIT 50



# STATE'S
# EXHIBIT
# 51



# STATE'S EXHIBIT 52



# STATE'S EXHIBIT 53



# STATE'S EXHIBIT 54



# STATE'S EXHIBIT 55



# STATE'S EXHIBIT 56



# STATE'S EXHIBIT 57



# STATE'S EXHIBIT 58



# STATE'S EXHIBIT 59



# STATE'S
# EXHIBIT
# 60



# STATE'S EXHIBIT 61



# STATE'S EXHIBIT 62



# STATE'S EXHIBIT 63



# STATE'S EXHIBIT 64



# STATE'S EXHIBIT 65



# STATE'S
# EXHIBIT
# 66



# STATE'S EXHIBIT 67



# STATE'S EXHIBIT 68



# STATE'S EXHIBIT 69



# STATE'S EXHIBIT 70



# STATE'S EXHIBIT 71



# STATE'S EXHIBIT 72



# STATE'S EXHIBIT 73



# STATE'S EXHIBIT 74



# STATE'S EXHIBIT 75



# STATE'S EXHIBIT 76



# STATE'S EXHIBIT 77



# STATE'S EXHIBIT 78



# STATE'S EXHIBIT 79



# STATE'S EXHIBIT 80



# STATE'S EXHIBIT 81



# STATE'S EXHIBIT 82



# STATE'S EXHIBIT 83



# STATE'S EXHIBIT 84



# STATE'S EXHIBIT 85



# STATE'S EXHIBIT 86



# STATE'S EXHIBIT 87



# STATE'S EXHIBIT 88



# STATE'S EXHIBIT 89



# STATE'S EXHIBIT 90



# STATE'S EXHIBIT 91



# STATE'S EXHIBIT 92



# STATE'S
# EXHIBIT
# 93



# STATE'S
# EXHIBIT
# 94



# STATE'S EXHIBIT 95



# STATE'S EXHIBIT 96



# STATE'S EXHIBIT 97



# STATE'S EXHIBIT 98



# STATE'S EXHIBIT 99



# STATE'S EXHIBIT 100



# STATE'S EXHIBIT 101



# STATE'S EXHIBIT 102



# STATE'S EXHIBIT 103



# STATE'S EXHIBIT 104



# STATE'S EXHIBIT 105



# STATE'S EXHIBIT 106



# STATE'S EXHIBIT 107



# STATE'S EXHIBIT 108



# STATE'S
# EXHIBIT
# 109



# STATE'S EXHIBIT 110



# STATE'S EXHIBIT 111

## Longhorn Recycling, L.P.

5785 E. Houston St.
San Antonio, TX  78220
210-661-2341 Phone / 210-661-2997 Fax

## Purchase Ticket Profile

Ticket #:   352137
Date:       1/24/2013  12:52:00 PM

---

### Material Photos

Pub Purch ID is 352137

#1 COPPER



4.0 LB x $2.95 = $11.80

Total WT Received:   4.0 LB  -  Total Paid: $ 11.80

### Customer Identification

MARK MCGEE
4620 THOUSAND OAKS DR APT
SAN ANTONIO, TX 78233



_Signature_                                    _Fingerprint_   _Payment Photo_        _Drivers License_

---

STATE'S
EXHIBIT
111

PENGAD 800-531-6989

STATE OF TEXAS  )

COUNTY OF BEXAR )

I, Herminia Torres, Deputy Official Court Reporter in and for the 175th District Court of Bexar County, Texas, do hereby certify that the foregoing exhibits constitute true and complete duplicates of the original exhibits, excluding physical evidence, admitted, tendered in an offer of proof or offered into evidence during the Jury Trial in the above entitled and numbered cause as set out herein before the Honorable Raymond Angelini, Judge of the 175th District Court of Bexar County, Texas, and a jury trial, beginning August 11, 2015.

I further certify that the total cost for the preparation of this Reporter's Record is $1,067.50 and will be paid by Bexar County.

WITNESS MY OFFICIAL HAND on this, the 7th day of December, 2015.

/s/Herminia Torres_____
Herminia Torres, Texas CSR 7859
Expiration:  12/31/16
175th 150th District Court
Bexar County, Texas
P.O. Box 830183
San Antonio, Texas 78283
Telephone:  (210)363-3496